**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| Bruce Knowlton ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:16-cv-287 |
| Blue Cross Blue Shield of Texas, a Division ) | |
| of Health Care Service Corporation, ) | |
| Higginbotham Insurance Agency, Inc. and ) | |
| Pro Power Providers, LLC ) | |
| ) | |
| Defendants ) | |
| ) | |

## APPENDIX TO NOTICE OF REMOVAL

Defendant Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation ("BCBSTX"), respectfully files the following Appendix to Notice of Removal.

Exhibit 1:   Docket Sheet from Case No. 352-284318-16; Bruce Knowlton v. Blue Cross Blue Shield of Texas, et al; In the 352nd District Court, Tarrant County, Texas

Exhibit 2:   Original Petition in Cause No. 352-284318-16

Exhibit 3:   Original Answer of Blue Cross Blue Shield of Texas in Cause No. 352-284318-16, filed April 18, 2016

Exhibit 4:   Original Answer of Higginbotham Insurance Agency, Inc. in Cause No. 352-284318-16, filed April 15, 2016
.
Exhibit 5:   Original Answer of Pro Power Providers, LLC in Cause No. 352-284318-16, filed April 8, 2016

Respectfully submitted,


By: /s/ Andrew F. MacRae
ANDREW F. MACRAE
State Bar No. 00784510
LEVATINO|PACE PLLC
1101 S. Capital of Texas Hwy
Building K, Suite 125
Austin, Texas 78746
Tel:  (512) 637-1581
Fax: (512) 637-1583
andrew@lpfirm.com

Attorneys for Defendant
Blue Cross Blue Shield of Texas

```
JIMSGTM8            TARRANT COUNTY DISTRICT CLERK'S OFFICE         Page:     1
                        ALL TRANSACTIONS FOR A CASE                Date: 04/22/2016
                                                                   Time: 10:36
```

|   | Cause Number: 352-284318-16 | Date Filed: 03/11/2016 |
|---|---|---|
| BRUCE KNOWLTON | v s | BLUECROSS BLUE SHIELD OF TEXAS, INC., ET AL |
|   | Cause of Action: CONTRACT, CONSUMER/DTPA | |
|   | Case Status....: PENDING | |

| Filemark | Description | | Fee Total |
|---|---|---|---|
| 03/11/2016 | PLTF ORIG PETITION | NI | 284.00 |
| 03/11/2016 | COURT COST (PAID) trans #1 | Y | 284.00 |
| 03/11/2016 | CIVIL INFO SHEET | UI | 0.00 |
| 03/11/2016 | COPIES - ELECTRONIC | N | 7.35 |
| 03/11/2016 | COURT COST (PAID) trans #4 | Y | 7.35 |
| 03/11/2016 | CIT-ISSUED ON BLUECROSS BLUE SHIELD OF TEXAS | NUI | 8.00 |
| 03/11/2016 | CIT-ISSUED ON HIGGINBOTHAM INSURANCE AGENCY | NUI | 8.00 |
| 03/11/2016 | CIT-ISSUED ON PRO POWER PROVIDERS LLC-On | NUI | 8.00 |
| 03/11/2016 | COURT COST (PAID) trans #8 | Y | 8.00 |
| 03/11/2016 | COURT COST (PAID) trans #7 | Y | 8.00 |
| 03/11/2016 | COURT COST (PAID) trans #6 | Y | 8.00 |
| 03/11/2016 | JURY FEE | N | 40.00 |
| 03/11/2016 | COURT COST (PAID) trans #12 | Y | 40.00 |
| 03/11/2016 | E-FILE TRANSACTION FEE | N | 2.00 |
| 03/11/2016 | COURT COST (PAID) trans #14 | Y | 2.00 |
| 03/29/2016 | CIT Tr# 6 RET EXEC(BLUECROSS BLUE SHIELD OF TEXAS | I | 0.00 |
| 03/30/2016 | CIT Tr# 7 RET EXEC(HIGGINBOTHAM INSURANCE AGENCY | I | 0.00 |
| 03/30/2016 | CIT Tr# 8 RET EXEC(PRO POWER PROVIDERS LLC) On 03/ | I | 0.00 |
| 04/08/2016 | DEFN ORIG ANS PRO POWER PROVIDERS LLC | I | 0.00 |
| 04/08/2016 | E-FILE TRANSACTION FEE | N | 2.00 |
| 04/08/2016 | COURT COST (PAID) trans #20 | Y | 2.00 |
| 04/15/2016 | DEFN ORIG ANS HIGGINBOTHAM INSURANCE AGENCY INC | I | 0.00 |
| 04/15/2016 | E-FILE TRANSACTION FEE | N | 2.00 |
| 04/15/2016 | COURT COST (PAID) trans #23 | Y | 2.00 |
| 04/18/2016 | ORIG ANS BLUE CROSS BLUE SHEILD OF TEXAS | I | 0.00 |
| 04/18/2016 | E-FILE TRANSACTION FEE | N | 2.00 |
| 04/18/2016 | COURT COST (PAID) trans #26 | Y | 2.00 |

Total Number Of Records Printed:    27

**EXHIBIT 1**

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

SERVICE COPY

## CITATION

Cause No. 352-284318-16

BRUCE KNOWLTON
VS.
BLUECROSS BLUE SHIELD OF TEXAS, INC., ET AL

TO: BLUECROSS BLUE SHIELD OF TEXAS INC.

B/S REG AGENT, RONALD TAYLOR 901 S CENTRAL EXPWY RICHARDSON, TX 75080-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 352nd District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

BRUCE KNOWLTON

Filed in said Court on March 11th, 2016 Against
BLUECROSS BLUE SHIELD OF TEXAS  INC., HIGGINBOTHAM INSURANCE AGENCY INC., PRO POWER PROVIDERS LLC

For suit, said suit being numbered 352-284318-16 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

RECEIVED MAR 24 2016 Texas Legal

DAVID B JOECKEL, JR
Attorney for BRUCE KNOWLTON Phone No. (817)924-8600
Address   1117 W MAGNOLIA AVE FORT WORTH, TX 76104

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 14th day of March, 2016.

By _____Vickie Carter_____ Deputy
VICKIE CARTER

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN

Received this Citation on the _____ day of _____, ____ at ____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at ____ o'clock ___M on the _____ day of _____, ____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this ____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                  _____
                            County of _____, State of _____

**EXHIBIT 2**

FILED
TARRANT COUNTY
3/1/2016 3:34:43 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 352-284318-16 _____

| | | |
|---|---|---|
| BRUCE KNOWLTON | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| vs. | § | TARRANT COUNTY, TEXAS |
| BLUECROSS BLUESHIELD OF TEXAS, INC., HIGGINBOTHAM INSURANCE AGENCY, INC., and PRO POWER PROVIDERS, LLC | § | |
| Defendants | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Bruce Knowlton, Plaintiff, complaining of BlueCross BlueShield of Texas, Inc., Higginbotham Insurance Agency, Inc. and Pro Power Providers, LLC, Defendants, and for cause of action, Plaintiff would show the Court the following:

### I.

### DISCOVERY CONTROL PLAN

1.1    Plaintiff intends to conduct discovery under Texas Rule of Civil Procedure 190.4 (Level 3).

### II.

### CLAIMS FOR RELIEF

2.1    Plaintiff seeks monetary relief over $200,000.00 but not more than $1,000,000.00.

RECEIVED
MAR 24 2016
Texas Legal

352-284318-16

## III.

## PARTIES

3.1     Plaintiff is an individual and resides in Tarrant County, Texas. The last four digits of his social security number are 7562.

3.2     Defendant BlueCross BlueShield of Texas, Inc. is a corporation duly authorized to do business in the State of Texas. It may be served with process though its registered agent, Ronald Taylor, 901 South Central Expressway, Richardson, Texas 75080.

3.3     Defendant Higginbotham Insurance Agency, Inc. is a corporation duly authorized to do business in the State of Texas. It may be served with process through its registered agent, James R. Reid, 500 West 13th Street, Fort Worth, Texas 76102.

3.4     Defendant Pro Power Providers, LLC is a limited liability company duly authorized to do business in the State of Texas. It may be served with process through its registered agent, Robert Schleider, 201 Foch Street, Fort Worth, Texas 76107.

## IV.

## VENUE

4.1     Venue is proper in Tarrant County, Texas because all or a substantial part of the events giving rise to Plaintiff's claims occurred in Tarrant County.

## V.

## FACTS

5.1     Plaintiff Bruce Knowlton was an employee of Defendant Pro Power Providers, LLC ("Pro Power") and had health insurance coverage by Defendant BlueCross BlueShield of Texas, Inc. ("BCBS") since July 1, 2014. Defendant Higginbotham Insurance Agency, Inc. ("Higginbotham") was the third party administrator for Pro Power and BCBS in obtaining

insurance. Plaintiff was diagnosed with Non-Hodgkin's Lymphoma/Double Hit Lymphoma in September 2014. BCBS provided insurance coverage for his treatment. In December 2014, Plaintiff's employer, Pro Power, combined with Circular Energy. At that time, a decision was made to change health insurance providers. Because of Plaintiff's illness, it was determined that his coverage would stay with BCBS. In February 2015, the CFO and President of Pro Power was contacted by Higginbotham to confirm continued health insurance coverage for Plaintiff. On March 31, 2015, Higginbotham confirmed that Plaintiff had health insurance coverage through BCBS. Apparently, the insurance through BCBS was never obtained. BCBS still paid for Plaintiff's treatment in March and April 2015.

5.2  BCBS retroactively cancelled the insurance coverage in June 2015, with the effective date of plan cancellation of March 1, 2015. On July 13, 2015, BCBS sent multiple letters to the University of Texas Southwestern Medical Center ("UTSW") for recovery of payments made for March and April 2015 healthcare expenses on behalf of Plaintiff. It is believed that UTSW repaid BCBS. Thereafter, UTSW began billing Plaintiff for the treatment he received in March and April 2015 at the cash payment rate. This amounts to approximately $200,000.00. This denial of benefits was wrong and Defendants continue its bad faith denial of benefits.

## VI.

## CAUSES OF ACTION

6.1  **Breach of Contract and Breach of Insurance Policy.**

(a)  By denying coverage for his cancer, Defendants breached their insurance policy or their contract with Plaintiff.

(b)  Plaintiff has suffered damage for this breach, for which he now sues

Case 4:16-cv-00287-A   Document 1-1   Filed 04/22/16   Page 8 of 17   PageID 14

352-284318-16

6.2 **Breach of Duty of Good Faith and Fair Dealing.**

(a) Defendants owed to Plaintiff a duty of good faith and fair dealing in handling his claim because a special relationship existed between them. They breached this duty in taking the action described above. It was reasonably clear that Plaintiff's cancer should have been covered.

(b) Defendants' breach of duty of good faith and fair dealing has directly and proximately cause damage to Plaintiff, for which sum Plaintiff hereby sues Defendants.

6.2 **Violations of the DTPA.**

(a) Plaintiff is a consumer within the meaning of the DTPA because he acquired goods or services by purchase in a transaction that is the subject matter of this lawsuit.

(b) Defendants violated the DTPA and their violations were a producing cause of Plaintiff's damages. Defendants' violations include.

  (i) Violating the Texas Insurance Code and rules and regulations issued by the State Board of Insurance.

  (ii) Unconscionable action to the Plaintiff.

   (1) Taking advantage of the Plaintiff's disparity in knowledge, ability, experience, and capacity to a grossly unfair degree.

(c) Defendants' acts and omissions were done knowingly.

6.3 **Violations of the Texas Insurance Code.**

(a) Plaintiff, who is a person as defined by the Texas Insurance Code, has sustained actual damages caused by Defendants engaging in an act or practice declared in the Texas Insurance Code to be unfair. Specifically, Defendants did not bring about a prompt, fair and equitable resolution of a reasonably clear claim (§541.060(a)(2)(A)) and refused to pay a claim without conducting a reasonable investigation (§541.060(a)(7)).

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE                                    Page 4

6.4    **Negligence and Negligent Misrepresentation.**

(a)    Defendants failing to obtain insurance coverage and advising Plaintiff that he had insurance amounts to negligent misrepresentation, which has directly and proximately caused damage to Plaintiff for which sum Plaintiff hereby sues Defendants.

## VII.

## DAMAGES

7.1    As a result of the breach of contract, bad faith, negligence, negligent misrepresentation, and statutory violations of Defendants, Plaintiff seeks damages in an amount within the jurisdictional limits of this Court, including, but not limited to: (1) the amount owed to UTSW; (2) past mental anguish and distress; (3) future mental anguish and distress; and (4) past and future loss of earning capacity.

## VIII.

## PUNITIVE DAMAGES

8.1    Defendants' conduct was done knowingly with the intent to injure and do harm to Plaintiff. Additionally, Defendants' conduct, when viewed objectively from the standpoint of the Defendants at the time it occurred, involved an extreme degree of risk, considering the probability and magnitude of potential harm to the Plaintiff. Despite this, Defendants proceeded with conscious indifference to the rights and welfare of Plaintiff despite Defendants' actual subjective awareness of the risk involved. Accordingly, Plaintiff is entitled to punitive damages.

## IX.

## ATTORNEY'S FEES

9.1    Plaintiff has been required to engage the services of the undersigned attorney and has agreed to pay the undersigned attorney a reasonable fee for his legal services. In accordance

with the DTPA and the Texas Insurance Code and because this is a breach of contract claim, Plaintiff is entitled to recover his attorney's fees against Defendants through the trial phase of this action and, if necessary though the appellate process.

## X.

## JURY DEMAND

10.1   In accordance with Rule 216 of the Texas Rules of Civil Procedure, Plaintiff requests a jury trial and that this case be set on the Court's jury docket. In support of this request, Plaintiff would show that the appropriate jury fee is being paid to the clerk of the Court with the filing of this Petition.

## XI.

## REQUEST FOR DISCLOSURE

11.1   Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are requested to disclose, within fifty (50) days of service of this request, the information or material described in Rules 194.2(a) – (l) of the Texas Rules of Civil Procedure.

## XII.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer and that on final trial Plaintiffs have:

(a)   Judgment against Defendants for damages in an amount in excess of the minimum jurisdictional limits of this Court;

(b)   Prejudgment and post-judgment interest as provided by law;

(c)   Costs of suit; and

(d)   Such other and further relief to which Plaintiff may be entitled in law or in equity.

352-284318-16

Respectfully submitted,

*/s/ David B. Joeckel, Jr.*
David B. Joeckel, Jr.
State Bar No. 10669700

THE JOECKEL LAW OFFICE
219 South Main Street, Suite 301
Fort Worth, Texas 76104
(817) 924-8600
(817) 924-8603 facsimile
dbj@joeckellaw.com

ATTORNEY FOR PLAINTIFF

FILED
TARRANT COUNTY
4/18/2016 9:59:29 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 352-284318-16

| | | |
|---|---|---|
| BRUCE KNOWLTON | ) | IN THE DISTRICT COURT |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | TARRANT COUNTY, TEXAS |
| BLUE CROSS BLUE SHIELD | ) | |
| OF TEXAS, HIGGINBOTHAM | ) | |
| INSURANCE AGENCY, INC. and | ) | |
| PRO POWER PROVIDERS, LLC | ) | |
| | ) | |
| Defendant | ) | 352ND   JUDICIAL DISTRICT |

## ORIGINAL ANSWER

Defendant Blue Cross Blue Shield of Texas, a division of Health Care Service Corporation, a Mutual Legal Reserve Company ("BCBSTX"), incorrectly named as Blue Cross Blue Shield of Texas, Inc., files the following Original Answer to Plaintiff's Original Petition.

### General Denial

BCBSTX enters a General Denial pursuant to Rule 92.

WHEREFORE, PREMISES CONSIDERED, Defendant Blue Cross Blue Shield of Texas requests that Plaintiff take nothing by his suit, and that BCBSTX be awarded its costs of court. BCBSTX further requests such other relief, both legal and equitable, to which it may show itself justly entitled.

**EXHIBIT 3**

         Respectfully submitted,

         By:  /s/ Andrew F. MacRae
           ANDREW F. MACRAE
           *State Bar No. 00784510*
           LEVATINO|PACE LLP
           1101 S. Capital of Texas Highway
           Building K, Suite 125
           Austin, Texas 78746
           Tel:  (512) 637-1581
           Fax:  (512) 637-1583
           andrew@lpfirm.com

         Attorney for Defendant
         Blue Cross Blue Shield of Texas

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing Original Answer has been forwarded to all parties and/or counsel of record, via facsimile and/or electronic filing, this 18th day of April, 2016, as follows:

David B. Joeckel, Jr.
The Joeckel Law Office
219 South Main Street, Suite 301
Fort Worth, Texas 76104

Daniel A. Ortiz
Giana Ortiz
The Ortiz Law Firm
1304 West Abram St., Suite 100
Arlington, Texas 76013

**Kevin L. Sewell**
Martin, Disiere, Jefferson & Wisdom, LLP
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248


          /s/ Andrew F. MacRae
          Andrew F. MacRae

2

FILED
TARRANT COUNTY
4/15/2016 4:06:59 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 352-284318-16**

| | | |
|---|---|---|
| **BRUCE KNOWLTON** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **BLUECROSS BLUESHIELD OF TEXAS,** | § | |
| **INC., HIGGINBOTHAM INSURANCE** | § | |
| **AGENCY, INC., and** | § | |
| **PRO POWER PROVIDERS, LLC** | § | |
| | § | |
| **Defendants.** | § | **352nd JUDICIAL DISTRICT** |

### ORIGINAL ANSWER OF DEFENDANT
### HIGGINBOTHAM INSURANCE AGENCY, INC.

**COMES NOW** Defendant Higginbotham Insurance Agency, Inc., files this Original Answer and would respectfully show the Court as follows:

**I.**

### GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Higginbotham generally denies the allegations contained in Plaintiff's Original Petition, as well as any other amended or supplemental petition filed hereafter, and demands strict proof by a preponderance of the evidence of all Plaintiff's allegations.

**WHEREFORE, PREMISES CONSIDERED**, Higginbotham Insurance Agency, Inc. prays that Plaintiff takes nothing by reason of this suit, that it recover its fees and costs, and for such other and further relief, special or general, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**

By: /s Kevin L. Sewell
    Kevin L. Sewell
    State Bar No. 00789619
    E-Mail: sewell@mdjwlaw.com
    Matthew S. Paradowski
    State Bar No. 24027588
    E-Mail: paradowski@mdjwlaw.com
    16000 N. Dallas Parkway, Suite 800
    Dallas, Texas 75248
    Telephone: (214) 420-5500
    Facsimile: (214) 420-5501

**ATTORNEYS FOR DEFENDANT HIGGINBOTHAM INSURANCE AGENCY, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served upon all attorneys of record and/or pro se parties in the above-captioned cause pursuant to TEX. R. CIV. P. 21a on this the 15th day of April, 2016 by:

| | |
|---|---|
| Hand Delivery | |
| Certified Mail | |
| Fax Transmittal: | |
| Electronic Mail: | X |

/s Kevin L. Sewell
Kevin L. Sewell

352-284318-16

FILED
TARRANT COUNTY
4/8/2016 3:38:21 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 352-284318-16**

| | | |
|---|---|---|
| **BRUCE KNOWLTON** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **v.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| | § | |
| **BLUECROSS BLUESHIELD** | § | |
| **OF TEXAS, INC., HIGGINBOTHAM** | § | |
| **INSURANCE AGENCY, INC., and** | § | |
| **PRO POWER PROVIDERS, LLC** | § | **352nd JUDICIAL DISTRICT** |

## DEFENDANT PRO POWER PROVIDERS, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PRO POWER PROVIDERS, LLC ("Pro Power"), a Defendant herein, and makes and files its Original Answer to Plaintiff's Original Petition and would show the Court as follows:

I.

Pro Power denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, and demands strict proof thereof. By this denial, Pro Power respectfully requests that the Court require Plaintiff to prove his cause of action, and any and all amendments thereto, by a preponderance of the evidence as is required by the Texas Rules of Civil Procedure, the Texas Constitution and the laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by his suit and that Defendant go hence with his costs, and for such other and further relief to which Defendant may be justly entitled.

        Respectfully submitted,

        THE ORTIZ LAW FIRM
        1304 West Abram Street, Suite 100
        Arlington, Texas 76013
        817-861-7984 Telephone
        817-861-8909 Facsimile


By: __/s/_ Daniel A. Ortiz_____
        DANIEL A. ORTIZ
        State Bar No. 15323100
        dortiz@danielortizlaw.com

        GIANA ORTIZ
        State Bar No. 24053824
        gortiz@danielortizlaw.com

        ATTORNEYS FOR DEFENDANT
        PRO POWER PROVIDERS, LLC

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record on the 8th day of April, 2016 via eservice:

    David B. Joeckel, Jr.
    The Joeckel Law Office
    219 South Main Street, Suite 301
    Fort Worth, Texas 76104
    Attorney for Plaintiff
    dbj@joeckellaw.com



        */s/ Daniel A. Ortiz*_____
        Daniel A. Ortiz