

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRUCE KNOWLTON, | § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:16-CV-287-A |
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, ET AL., | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff and defendants on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Bruce Knowlton, against defendants, Blue Cross Blue Shield of Texas, a Division of Health Care Service Corporation, Higginbotham Insurance Agency, Inc., and Pro Power Providers, LLC, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED July 7, 2016.

_____
JOHN McBRYDE
United States District Judge